**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02471-RBJ-KLM

UNITED STATES OF AMERICA *ex rel.* ANTHONY B. GALE,

    Plaintiff,

v.

GUNNISON ENERGY CORPORATION, and
SG INTERESTS VII, LTD,

    Defendants.

---

**ORDER REGARDING DOCKET #21**

---

The United States having partially intervened and partially declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730, the Court hereby ORDERS as follows:

1.     The Relator's Complaint, the United States' Notice of Election to Intervene, and this Order are no longer restricted documents;

2.     The Complaint shall be served, in accordance with 31 U.S.C. § 3730(b)(3), upon Defendants SG Interests VII, Ltd. and Gunnison Energy Corporation by the Relator, Anthony Gale;

3. All pleadings filed by the United States in this civil action up to this date shall remain restricted at a "Level 2 Restriction" and not be made public or served upon Defendants;

4. The restriction may be lifted as to all other matters occurring in this action after the date of this Order;

5. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

6. The parties shall serve all notices of appeal upon the United States;

7. All orders of this Court will be sent to the United States; and

8. Should the Relator or Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States, pursuant to 31 U.S.C. § 3730(b)(1), before ruling or granting its approval.

**9. The Court expects all parties, including the government, to comply with Local Rule 7.1A. In the circumstances, the Court will grant the pending motion, but it will not overlook failure to comply with the rule in the future.**

Dated this 12th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE